IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYRONE LUNSFORD,

      Plaintiff,

      vs.                         CASE NO.  09-575-SCW

SERGEANT JEFFREY BRIDICK,
SERGEANT TONY COURT and
SERGEANT ROBERT RICHERT,

      Defendant(s).

## JUDGMENT IN A CIVIL CASE

Defendant **SERGEANT ROBERT RICHERT** was granted summary judgment on February 22, 2012 by an Order entered by Judge Michael J. Reagan (Doc. 52).

The remaining issues came before this Court for jury trial.  The issues have been tried and the jury has rendered its verdict in favor of Defendants **SERGEANT JEFFREY BRIDICK and SERGEANT TONY COURT** and against Plaintiff **TYRONE LUNSFORD**.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in foavor of Defendants **SERGEANT JEFFREY BRIDICK, SERGEANT TONY COURT** and **SERGEANT ROBERT RICHERT** and against Plaintiff **TYRONE LUNSFORD**.

Plaintiff shall take nothing from this action.

**DATED** this 31st day of August, 2012

                                      **NANCY J. ROSENSTENGEL, CLERK**

                                      **BY: S/ Angela Vehlewald**
                                              **Deputy Clerk**

**Approved by**    **S/ Stephen C. Williams**
          **United States Magistrate Judge**
               **Stephen C. Williams**